## CIRCUIT COURT OF FAIRFAX COUNTY

Park

    v.

Park

July 9, 1990

Case No. (Chancery) 111266

By JUDGE THOMAS A. FORTKORT

The court does retain the power to modify the *pendente lite* decree. The parties may have entered into a contract by agreeing to a consent order, nevertheless modification of this type of agreement is not prohibited by § 20-109. Section 20-109 is limited to final dispositions of alimony and support and not to support *pendente lite*. The companion Section 20-109.1 also speaks to a final decree.

The decree *pendente lite* may be modified by the court upon a showing of a change of circumstances.